UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH C. SISNEROS,<br><br>        Plaintiff,<br>v.<br><br>SERGEANT BROWN, et al.,<br><br>        Defendants. | Civil No. 14cv891 GPC(RBB)<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL DISCOVERY [ECF NO. 24]** |

    Plaintiff Joseph Sisneros, a state prisoner incarcerated at Richard J. Donovan Correctional Facility in San Diego, California, proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983. He alleges that Defendant correctional and mental health officials acted with deliberate indifference to his safety in violation of the Eighth Amendment when they placed him in a cell with another inmate, Jesus Gomez, who viciously attacked Plaintiff. (Compl. 3, ECF No. 1.)

    Currently pending before the Court is Defendants Brown and Mendez's pre-answer motion for summary judgment for failure to exhaust administrative remedies pursuant to Federal Rule of Civil Procedure 56 and <u>Albino v. Baca</u>, 747 F.3d 1162 (9th Cir. 2014) (en

1 | banc) [ECF No. 9].  Defendants Mendez and Brown argue that
2 | Plaintiff failed to timely exhaust his administrative remedies
3 | against them and seek summary judgment on that basis.  (Defs. Brown
4 | & Mendez's Mot. Summ. J. Attach. #1 Mem. P. & A. 6, ECF No. 9.)
5 | Also pending before the Court is Defendants Davis and Krittman's
6 | motion to dismiss [ECF No. 10].  Plaintiff has opposed both motions
7 | [ECF Nos. 14, 18, 20, 22], and Defendants filed a combined reply
8 | [ECF No. 16].  Plaintiff's Motion to Compel Discovery was filed
9 | nunc pro tunc to March 30, 2015 [ECF No. 24].
10 |     As the Ninth Circuit recently instructed in Albino, any
11 | disputed issues regarding administrative exhaustion "should be
12 | decided, if feasible, before reaching the merits of a prisoner's
13 | claim."  747 F.3d at 1170.  "If discovery is appropriate, the
14 | district court may in its discretion limit discovery to evidence
15 | concerning exhaustion, leaving until later-—if it becomes
16 | necessary—-discovery directed to the merits of the suit."  Id.
17 | (citing Pavey v. Conley, 544 F.3d 739, 742 (7th Cir. 2008).
18 |     In his Motion to Compel, Sisneros seeks information about his
19 | alleged attacker's illness and medical history, such as a list of
20 | medications Gomez had taken for the past six years, and other
21 | discovery "for the sole purpose of proving [his] case."  (Pl.'s
22 | Mot. Compel 1, ECF No. 24.)  Plaintiff's request is unrelated to
23 | the issue of administrative exhaustion.  His motion to compel
24 | merits discovery is premature; Defendants' substantive motions are
25 | pending and no answer has been filed.  If Defendants' motions are
26 | denied and they are directed to answer the Complaint, discovery
27 | will proceed in accordance with the Federal Rules of Civil
28

Procedure. Accordingly, Plaintiff's Motion to Compel Discovery [ECF No. 24] is DENIED at this time.

**IT IS SO ORDERED.**

Dated: April 8, 2015

Ruben B. Brooks
United States Magistrate Judge

cc: Judge Curiel
   All Parties of Record