UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH C. SISNEROS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SERGEANT BROWN, et al.,<br><br>　　　　　Defendants. | Civil No. 14cv891 GPC(RBB)<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL DISCOVERY [ECF NO. 27]** |

　　Plaintiff Joseph Sisneros, a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983, alleging that prison officials acted with deliberate indifference to his safety in violation of the Eighth Amendment when they placed him in a cell with another inmate, Jesus Gomez, who viciously attacked Plaintiff.  (Compl. 3, ECF No. 1.)  Defendants Brown and Mendez filed a pre-answer motion for summary judgment for failure to exhaust administrative remedies pursuant to Federal Rule of Civil Procedure 56 and Albino v. Baca, 747 F.3d 1162 (9th Cir. 2014) (en banc) [ECF No. 9].  Defendants Davis and Krittman filed a motion to dismiss [ECF No. 10].  Plaintiff has opposed both motions [ECF Nos. 14, 18, 20, 22, 29], and Defendants filed a combined

reply [ECF No. 16].  The Court has not yet issued a ruling on Defendants' motions.

On April 8, 2015, the Court denied Plaintiff's Motion to Compel Discovery [ECF No. 24], explaining that Plaintiff's request was premature under the Ninth Circuit case of <u>Albino v. Baca</u>, 747 F.3d at 1170.  (Order Denying Pl.'s Mot. Compel Discovery 2, ECF No. 25.)  The Court explained that the discovery request was unrelated to the issue of administrative exhaustion.  (<u>Id.</u>)

The Court has received another document from Plaintiff entitled "Motion to Compel Discovery," which was filed nunc pro tunc to April 13, 2015 [ECF No. 27].  In this Motion, Sisneros again seeks information that goes to the merits of his claim, such as his alleged attacker's medical and housing history.  (Pl.'s Mot. Compel Discovery 1-2, ECF No. 27.)  Because the Court has not yet decided the issue of administrative exhaustion, discovery related to the merits of the suit is not appropriate at this time.  <u>Albino</u>, 747 F.3d at 1170.  Thus, for the same reasons stated in the Court's April 8, 2015 Order, Plaintiff's Motion to Compel Discovery [ECF No. 27] is DENIED.

**IT IS SO ORDERED.**

Dated: May 11, 2015

_____
Ruben B. Brooks
United States Magistrate Judge

cc: Judge Curiel
All Parties of Record